```
          IN THE UNITED STATES DISTRICT COURT
              WESTERN DISTRICT OF ARKANSAS
                  FAYETTEVILLE DIVISION
```

**CHRIS STOWELL**                                           **PLAINTIFF**

       v.        Civil No. 12-5125

**DEPUTY LONG**                                             **DEFENDANT**

### O R D E R

Now on this 4th day of December, 2013, come on for consideration defendant's **Second/Renewed Motion For Partial Dismissal** (document #26) and the **Report And Recommendation Of The Magistrate Judge** (document #34). Neither party has filed objections to the Report And Recommendation, and the Court, having carefully reviewed it, finds it sound in all respects, and finds that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Report And Recommendation Of The Magistrate Judge** is **adopted *in toto*.**

**IT IS FURTHER ORDERED** that, for the reasons stated in the **Report And Recommendation Of The Magistrate Judge**, defendant's **Second/Renewed Motion For Partial Dismissal** (document #26) is **granted in part and denied in part.**

The motion is **granted** insofar as it seeks dismissal of plaintiff's claims against defendant in his official capacity, and those claims are **dismissed with prejudice.**

The motion is **denied** in all other respect.

**IT IS FURTHER ORDERED** that this matter is **remanded** to United

States Magistrate Judge Erin L. Setser for further proceedings.

**IT IS SO ORDERED.**

   **/s/ Jimm Larry Hendren**
**JIMM LARRY HENDREN**
**UNITED STATES DISTRICT JUDGE**