IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

CHRIS STOWELL                                                                          PLAINTIFF

V.                              CASE NO. 5:12-CV-5125

DEPUTY LONG                                                                          DEFENDANTS

### ORDER

Comes on for consideration the Report and Recommendation (Doc. 56) filed in this case on September 2, 2014, by the Honorable Erin L. Setser, United States Magistrate for the Western District of Arkansas. Fourteen (14) days have passed without objections being filed by the parties.

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: the Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY**. Accordingly, for the reasons stated in the Magistrate Judge's Report and Recommendation, Defendant's Motion for Summary Judgment (Doc. 42) is **GRANTED IN PART** and **DENIED IN PART** as follows: the Motion is **GRANTED** with respect to the use of physical force inside the pod, but **DENIED** with respect to the use of physical force in the pod control area.

IT IS SO ORDERED on this 16th day of October, 2014.

_____
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE