IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**CHRIS STOWELL**                                                                                       **PLAINTIFF**

V.                                            **CASE NO. 5:12-CV-5125**

**DEPUTY LONG**                                                                                    **DEFENDANTS**

### ORDER

Comes on for consideration the Report and Recommendation (Doc.62) filed in this case on November 7, 2014, by the Honorable Erin L. Setser, United States Magistrate for the Western District of Arkansas. Fourteen (14) days have passed without objections being filed by the parties.

The Court, being well and sufficiently advised, finds as follows: the Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY**. Accordingly, for the reasons stated in the Magistrate Judge's Report and Recommendation, Defendant's Motion to Dismiss (Doc. 59) is **DENIED**.

**IT IS SO ORDERED** on this 26th day of November, 2014.

/s/ Timothy L. Brooks
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE